**Fill in this information to identify your case:**

Debtor 1: Donald Gene Carden Jr.
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if know): 24-13851

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|
| **2.1** Heritage Park Condominium Association<br>Creditor's Name<br>c/o Marcus & Hoffman, P.C.<br>Number  Street<br>326 West State Street<br>Media PA    19063<br>City   State   ZIP Code<br><br>**Describe the property that secures the claim:**<br>647 Muhlenberg Drive, Collegeville, PA 19426 - $373,981.00 Condominium Association<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 21,964.24 | $ 373,981.00 | $ 0.00 |

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

| 2.2 | | Describe the property that secures the claim: | $ 6,659.95 | $ 373,981.00 | $ 0.00 |

**2.2**

Perkiomen Valley School District
Creditor's Name
3 Ironbridge Drive
Number    Street
Collegeville    PA    19426
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim: $ 6,659.95    $ 373,981.00    $ 0.00

647 Muhlenberg Drive, Collegeville, PA 19426 - $373,981.00
School taxes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 2020-18355

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 28,624.19

---

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Excalibur Enterprises, LTD
Creditor's Name
360 W Main Street
Number    Street
Collegeville    PA    19426
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number _____

Portnoff Law Associates, LTD
Creditor's Name
PO Box 391
Number    Street
Norristown    PA    19404
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number 2020-18355